CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 6 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL RAY JACOBS, | ) | |
|     Plaintiff, | ) | Civil Action No. 85-cv-00077-L |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDWARD MURRAY, et. al., | ) | By: Hon. James C. Turk |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the motion to compel, motion for judgment as a matter of law, motion for preliminary injunction, and motion for enforcement of order filed by Plaintiff Michael Ray Jacobs shall be and hereby are **DISMISSED** as frivolous, pursuant to 28 U.S.C. §1915A(b)(1), and this dismissal shall count as a "strike" under 28 U.S.C. § 1915(g).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 26th day of June, 2006.

                                            /s/ James C. Turk
                                      Senior United States District Judge